James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
E-Mail: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, | Case No. C-05-4402 MJJ<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| CLIPPER INTERNATIONAL EQUIPMENT COMPANY INC., a California Corporation; and ROBERT TERHEYDEN, an Individual, | |
| Defendants. | |

The parties having reached a settlement of this matter, the Plaintiffs hereby request that the action be dismissed, without prejudice, as to all defendants. Defendants have not appeared in the

- 1 -

1   action, and are therefore not required to sign the consent for dismissal.

2

3   DATED: May 8, 2006                          STANTON, KAY & WATSON, LLP

4

5
                                                 By /s/ Anne Bevington
6                                                       ANNE BEVINGTON

7                                                Attorneys for Plaintiffs

8   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9                                   [~~PROPOSED~~] ORDER

10          Pursuant to the foregoing request, it is hereby ORDERED that this case be DISMISSED,

11  WITHOUT PREJUDICE.

12          5/10/2006

13  Dated: _____          _____
                                         HON. MARTIN J. JENKINS
14                                       UNITED STATES DISTRICT JUDGE

15

16

17  F:\CASES\30\32.199 Clipper International\PLEADINGS\Request for Dismissal and Proposed Order.doc

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER [CASE NO. C-05-4402 MJJ]**

**PROOF OF SERVICE**

CASE NAME:          *John Bonilla, et al. v. Clipper International Equipment Company Inc., et al.*
CASE NUMBER:     *United States District Court, Northern District of California*
                              *No. C-05-4402 MJJ*

     I am a citizen of the United States and a resident of the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California  94105.

     On May 8, 2006, I served the following document(s) described as:

**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

on the following party/parties:

Clipper International Equipment Company Inc.    Robert Terheyden
28 Tan Oak Way                            28 Tan Oak Way
Novato, CA  94949-7225               Novato, CA  94949-7225

    __X__   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail.  I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on May 8, 2006 at San Francisco, California.

                                 /s/ Carol M. Christensen
                                 Carol M. Christensen

PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL WITHOUT PREJUDICE
AND [PROPOSED] ORDER [CASE NO. C-05-4402 MJJ]